■ Jo E. MILLER et al., Appellants, v VILLAGE OF RHINE-BECK, Respondent.—Appeal from an order of the Supreme Court, Dutchess County, dated October 25, 1985.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Donovan in his memorandum decision. Mollen, P. J., Thompson, Brown and Rubin, JJ., concur.